Michael G. Woods, # 058683-0
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
COUNTY OF CALAVERAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

LARISSA COLLINS,

         Plaintiff,

v.

COUNTY OF CALAVERAS,

         Defendant.

Case No.  1:06-CV-01755 SMS

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**

    IT IS HEREBY STIPULATED by and between Plaintiff LARISSA COLLINS and Defendant COUNTY OF CALAVERAS that the Complaint filed herein shall be dismissed with prejudice.

Dated: September 25, 2009

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


By:     /s/ Michael G. Woods
      MICHAEL G. WOODS
    Attorneys for Defendant
    COUNTY OF CALAVERAS

Dated: September 21, 2009

THE LAW OFFICES OF JESSE S. ORTIZ


By:      /s/ Jesse S. Ortiz, III
      JESSE S. ORTIZ, III
Attorneys for Plaintiff, LARISSA COLLINS

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA  93720-1501

STIPULATION TO DISMISS WITH PREJUDICE AND PROPOSED ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Based on the Stipulation of the parties hereto and good cause appearing therefor,

IT IS ORDERED that the Complaint of Plaintiff LARISSA COLLINS is dismissed with prejudice. The respective parties shall each bear their own costs and attorneys' fees.

Dated:     October 5, 2009                      /s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　SANDRA M. SNYDER
　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　　　OF THE U. S. DISTRICT COURT

1444792.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501

2

STIPULATION TO DISMISS WITH PREJUDICE AND PROPOSED ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com